**Ricardo JEREMIAH, Petitioner**

v.

**COMMONWEALTH of Pennsylvania COURT OF COMMON PLEAS FOR the CITY OF PHILADELPHIA, Respondent**

**No. 10 EM 2017**

Supreme Court of Pennsylvania.

February 28, 2017

### ORDER

PER CURIAM

AND NOW, this 28th day of February, 2017, the Petition for Writ of Mandamus is **DISMISSED**. *See Commonwealth v. Coo-*

*per*, 27 A.3d 994 (Pa. 2009) (explaining that hybrid representation is not permitted).

The Prothonotary is **DIRECTED** to forward the filing to counsel of record.